**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT MURPHY, on Behalf of Himself and Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | CASE NO. CASE NO. 4:14-CV-01464 |
| v. | § § | |
| MULTI-SHOT, LLC, | § § | COLLECTIVE ACTION |
| Defendant. | § § § | |

# CLAIM FORM & RELEASE

I read the Notice regarding the overtime settlement with Defendant Multi-Shot, LLC d/b/a MS Energy Services ("Defendant"). I had the opportunity to talk to Bruckner Burch PLLC and/or Fibich, Leebron, Copeland, Briggs & Josephson, LLP, attorneys for Plaintiffs in the Lawsuit, about my rights and obligations under the settlement. I am making an informed, knowledgeable, and voluntary decision to sign this Claim Form so I can obtain my settlement payment.

**I understand my signed Claim Form must be postmarked, faxed, or emailed by «Claim_Filing_Date» or I will not receive any money under the Settlement.**

In consideration for the payment of my settlement share, I am giving up potential or actual claims against various persons and entities. I am also giving up the right to sue for potential or actual claims against various persons and entities. In particular, I waive and release Defendant (including its past and present parents, subsidiaries, affiliates, officers, directors, board members, shareholders, employees and agents) from any and all claims relating to the payment/non-payment of wages or overtime under federal, state, or other laws during the time period beginning three (3) years back from the date you sign this Claim Form & Release by opting-into this lawsuit and ending on the date you sign this Claim Form & Release.

I declare the foregoing representations and information are true and correct. By submitting the Claim Form, I am consenting to joining this Lawsuit.

_____     _____
   (Sign Your Name Here)                                              (Date)

_____
Printed Name

_____     _____
Cell Phone                                                                  Email Address

_____     _____
Address                                                                        City, State, ZIP

«First_Name» «Last_Name»