UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT MURPHY, individually and on behalf of all others similarly situated | § § § § § § § § § § | |
| | | Docket No. 4:14-cv-01464 |
| Plaintiff, | | |
| | | JURY TRIAL DEMANDED |
| vs. | | |
| | | COLLECTIVE ACTION |
| MULTI-SHOT, LLC | | PURSUANT TO 29 U.S.C. § 216(b) |
| Defendant. | | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Approval of FLSA Settlement with Multi-Shot LLC and Stipulation of Conditional Dismissal of Lawsuit (the "Motion"). Having carefully reviewed and considered the Motion, the Court is of the opinion that it should be granted.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Agreement is APPROVED. The Court will enter a conditional order of dismissal. No later than thirty days following the issuance of payments to the participating settlement class members, the parties shall jointly submit an Order dismissing all of the claims in accordance with the terms of the Agreement and in their entirety with prejudice, with all costs taxed against the party incurring same and all attorney's fees borne by the party incurring same, except to the extent as otherwise provided in the Settlement Agreement.

ORDERED this 25th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE